Goodstem & We
104294

U S District Court of The State of New York        Index #: 07CIV6666

County of Southern

Plaintiff      Carol J Schaivo And Martin Banyard
                   vs
Defendant     R James Nicholson In His Official Capacity

State of __Washington, DC__ County of _____ :ss:

__Brandon Snesko__, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of _____.

That on __10-12-2007__ at __2:40 pm__ at __810 Vermont Ave., NW, Washington, DC 20420__ deponent served the within Summons & Complaint In A Civil Case on R James Nicholson Secretary Dept Of defendant therein named.
__Veterans Affairs__

**INDIVIDUAL A** ☐ By Personally delivering to and leaving with said _____ and that he knew the person to be the person mentioned and described in said _____

**CORPORATION B** ☒ By delivering to and leaving with __Dominque Saunders__ at __810 Vermont Ave., NW, Washington, DC 20420__ and that he knew the person served to be the __Program Support Assistant & Authorized Agent__ of the corporation.

**Suitable age Person C** ☐ Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person: By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the defendants - respondents (dwelling place)(usual place of abode)(place of business) within the State of _____

**Affixing to Door, etc. D** ☐ By affixing a true copy thereof to the door of said premises. The same being the defendant's (dwelling place)(usual place of abode)(place of business) within the State of _____

**Mailing use with C or D E** ☒ Deponent completed service under the last two sections by depositing a copy of the Summons & Complaint in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of __Washington, DC__ on __10-15-2007__ in an envelope bearing the legend personal and confidential.

**Use with D F** ☐ Previous Attempts Deponent had previously attempted to serve the above named defendant/respondent.

**VOID w/o Description Use with A, B & C** A Description of the defendant or other person served on behalf of the defendant is as follows: Approx Age __25__ Approx Weight __220__ Approx Height __5'4__ Sex __Female__ Color of Skin __Black__ Color of Hair __Black__ Other _____

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that he/she knew the person so served to be the person mentioned and described in said papers defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Notary-->    Sworn to before me this __Oct. 15, 2007__    _[signature]_
                                                          Process Server
                                                           Brandon Snesko

SUPREME JUDICIAL SERVICES, INC.
371 Merrick Road #202 - Rockville Centre, N.Y. 11570 - (516) 825-7600
225 Broadway - New York, N.Y. 10007 - (212) 319-7171
FAX (516) 568-0812

_[signature]_
B. Tony Snesko
Notary Public, District of Columbia
My Commission Expires 12/14/2011