AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

CAROL J. SCHAIVO and MARTIN BANYARD,

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

R. JAMES NICHOLSON in his official capacity as Secretary of Veterans Affairs

**07 CIV. 6666**

RECEIVED OCT 24 2007 USDC WP-SDNY

ROBINSON

TO: (Name and address of defendant)

R. JAMES NICHOLSON, Secretary
Department of Veterans Affairs
Montrose VA Medical Center
Route 9A
Montrose, NY 10548

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert David Goodstein, Esq.
56 Harrison Street, Suite 401
New Rochelle, NY 10801

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: J. Michael McMahon

DATE: JUL 24 2007

(BY) DEPUTY CLERK