**ROBERT DAVID GOODSTEIN**
ATTORNEY AT LAW
56 HARRISON STREET
SUITE 401
NEW ROCHELLE, NEW YORK 10801
PHONE: (914) 632-8382
FAX: (914) 632-1833

ROBERT DAVID GOODSTEIN

PAULA JOHNSON KELLY

EILEEN WEST
OF COUNSEL

# MEMO ENDORSED

November 14, 2007

**By: FACSIMILE (914) 390-4179**
Honorable Stephen C. Robinson
Judge United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> Re: Schiavo et al. v. Nicholson
> Case No.: 07-Civ-6666 (SCR)

Dear Judge Robinson:

Presently a conference in the above referred to matter is scheduled for November 16, 2007.

Although, the defendants in this lawsuit have been served, they have not interposed an Answer as of yet. They were served on/or about October 12, 2007. Thus, the governments sixty (60) days to interpose an Answer has not expired.

Accordingly, I request that the Court adjourn the November 16, 2007 conference, to a date in January 2008 to allow defendant to appear in this matter.

Thank you very much for your consideration of this request.

*11/16/07 Conference adjourned to 1/11/08 at 10AM.*

Very Truly Yours,

Robert David Goodstein, Esq.

**APPLICATION GRANTED**
Stephen C. Robinson
HON. STEPHEN C. ROBINSON
11/15/17

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

TOTAL P.02