**Certificate of Service**

I, JOSEPH A. PANTOJA, Assistant United States Attorney for the Southern District of New York, hereby certify that on the 18th day of April, 2008, I caused the service of a true copy of the foregoing Answer by mail upon plaintiffs' counsel addressed as follows:

> Robert David Goodstein, Esq.
> 56 Harrison Street, Suite 401
> New Rochelle, NY 10801

Dated: New York, New York
April 18, 2008

　　　　　　　　　　　　　　　　　　　　/s/ Joseph A. Pantoja
　　　　　　　　　　　　　　　　　　　　JOSEPH A. PANTOJA